**No. 11-18. ZooCats, Inc., et al., Petitioners v. Department of Agriculture.**

565 U.S. 879, 132 S. Ct. 243, 181 L. Ed. 2d 138, 2011 U.S. LEXIS 5863.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 378.